# OVED & OVED

ATTORNEYS

February 7, 2023

**VIA ECF**

Hon. Paul A. Engelmayer
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   *Avara Pharmaceutical Services Ltd. et al v. JPMorgan Chase Bank, N.A.*, Case No. 1:22-cv-09494-PAE

Dear Judge Engelmayer:

This law firm represents Plaintiffs Avara Pharmaceutical Services, Ltd.; Avara Holdings, Ltd.; Avara Pharmaceutical Technologies, Inc.; and Alliance Manufacturing and Trading Company, Ltd. (collectively, "Plaintiffs") in the above-captioned matter. Pursuant to the Court's January 5, 2023 Order staying this action (Dkt. 34), we write to provide a status update and, with defendant JPMorgan Chase Bank, N.A.'s ("JPM") consent, to respectfully request that the Court extend the stay of this action through February 28, 2023 to allow the parties to continue to mediate.

At the request of the parties, the Court stayed this action until February 13, 2023, to allow the parties to mediate the dispute underlying this action and a related action pending in state court in Oklahoma. The parties began the mediation with a full-day session on January 31, 2023, and have agreed to resume the mediation on February 14, 2023. The parties seek to extend the stay to allow them to complete the mediation. The parties will provide a further status report to the Court no later than February 24, 2023, indicating whether the dispute has been resolved or a further extension of the stay is necessary to allow them to complete the mediation process.

Accordingly, the parties jointly request that this litigation be stayed through February 28, 2023, and that all existing and future case deadlines be tolled as of the date of the filing of the original request to stay the litigation.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

/s/ Glen Lenihan

Glen Lenihan

cc.: All counsel of record (via ECF)

Granted. The case is stayed until February 28, 2023. SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge
February 7, 2023