Christopher Harris
Direct dial: (212) 906-1880
christopher.harris@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

**LATHAM & WATKINS** LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Shanghai |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

March 20, 2023

*By Electronic Filing*

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Room 2201
New York, New York 10007

Re:   *Avara Pharmaceutical Services LTD. et al v. JPMorgan Chase Bank, N.A. (22-cv-09494)*

Dear Judge Engelmayer:

    We represent Defendant JPMorgan Chase Bank, N.A. in the above-referenced case.  In response to the Court's March 17, 2023 order (ECF No. 46), Defendant notifies the Court that Plaintiffs consent to Defendant's request for a ten-page expansion of the page limit for its memorandum of law in support of its motion to dismiss Plaintiffs' Amended Complaint, filed at ECF No. 44.

                                                Respectfully submitted,

                                              */s/ Christopher Harris*

                                              Christopher Harris

Cc: All counsel of record

SO ORDERED:

_____
PAUL A. ENGELMAYER
United States District Judge